RUFUS A. SIBLEY and others, *Respondents, v.* LUCY T. KILLOM and another, *as Executors, etc., Appellants.* — Judgment and order affirmed. Opinions by SMITH, P. J., and HARDIN, J.; BARKER, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* JOHN O'BRIEN, *Appellant.* — Appeal dismissed, order staying proceedings vacated and the judgment appealed from in all things affirmed and directed to be executed.

THE PEOPLE OF THE STATE OF NEW YORK *v.* EDWARD F. CLARK. — Motion to dismiss appeal granted and judgment affirmed and ordered to be executed unless defendant serves printed papers required by the rule on or before the fifteenth of May next, in which case the motion is denied.

IN THE MATTER OF THE PROBATE OF THE WILL OF CHARLOTTE E. HEWETT, *Deceased.* — Motion to dismiss appeal denied, with ten dollars costs and disbursements.

IN THE MATTER OF THE PROBATE OF THE WILL OF ALBERT H. LAPHAM. — Motion granted with leave to apply at Special Term for appointment of special guardian for such of the parties to be brought in as are infants, and ordered that service of this order be made upon said parties in the mode prescribed by the Code for the service of a summons to commence an action. The form of this order to be settled by the presiding justice on five days' notice.

MARY J. COMBS, *Appellant, v.* BENJAMIN F. BOWEN, *as Administrator, etc., Respondent, Impleaded, etc.* — Motion denied.

IN THE MATTER OF THE PETITION OF D. CAMERON HYDE, AN ATTORNEY, ETC. — Motion denied.

JULIA A. CARPENTER, *Respondent, v.* ELDRED LOTT, *Sheriff, etc., Appellant.* — Motion for reargument and for leave to appeal to the Court of Appeals denied.

HORACE B. CLAFLIN and others, *Respondents, v.* MONROE MADISON, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

BYRON E. DODGE and others, *Respondents, v.* WILLIAM HERSPOOL, *Appellant.* — Order reversed, with ten dollars costs and disbursements. *Held,* that the answer set up a counter-claim connected with the subject of the action, within the meaning of section 501 of the Code of Civil Procedure, and as the sum demanded exceeded fifty dollars the appellant was entitled to a new trial in the County Court. (22 Hun, 49; 88 N. Y., 258.)

PHŒBE T. SMITH, *as Administratrix, Respondent, v.* JOHN FERGUSON and another, *Appellants.* — Order affirmed, without costs.

CYRUS H. WILBUR and another, *Respondents, v.* ASA T. SOULE, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.